1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-6855
      FAX: (415) 436-6927
6     Joann.Swanson@usdoj.gov

7  Attorneys for Defendant
   UNITED STATES OF AMERICA
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12
   STATE FARM MUTUAL AUTOMOBILE )    No. CV 11-0385 LB
13 INSURANCE COMPANY,             )
                                  )
14     Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                  )    ORDER APPROVING COMPROMISE
15 v.                             )    SETTLEMENT
                                  )
16 UNITED STATES OF AMERICA,      )
                                  )
17     Defendant.                 )
                                  )
18 _____ )

19
       IT IS HEREBY STIPULATED by and between plaintiff State Farm Mutual Automobile
20
   Insurance Company ("Plaintiff"), and defendant United States of America ("Defendant"), as
21
   follows:
22
       1.    The parties hereby agree to settle and compromise the above-captioned action
23
   ("This Action") under the terms and conditions set forth herein.
24
       2.    Defendant United States of America agrees to pay to plaintiff State Farm Mutual
25
   Automobile Insurance Company the sum of One Thousand Seventy Four Dollars and Eighty One
26
   Cents ($1,074.81) (the "Settlement Amount"), which shall be in full settlement and satisfaction
27
   of any and all claims, demands, rights, and causes of action of whatsoever kind and nature,
28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
No. CV 11-0385 LB

1   arising from and by reason of any and all known and unknown, foreseen and unforeseen, property
2   damage and the consequences thereof, resulting, and to result, from the same subject matter that
3   gave rise to This Action.

4       3.    Plaintiff and its heirs, executors, administrators or assigns hereby agree to accept
5   the sum stated in paragraph 2 in full settlement and satisfaction of any and all claims, demands,
6   rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and
7   all known and unknown, foreseen and unforeseen property damage, economic losses, and the
8   consequences thereof which they may have or hereafter acquire against the United States of
9   America, its agencies, agents, servants and employees on account of the same subject matter that
10  gave rise to This Action.

11      4.    This stipulation for compromise settlement shall not constitute an admission of
12  liability or fault on the part of the United States, its agencies, agents, servants, or employees, and
13  is entered into by the parties for the purpose of compromising disputed claims and avoiding the
14  expenses and risks of litigation.

15      5.    This Agreement may be pled as a full and complete defense to any subsequent
16  action or other proceeding involving any person or party which arises out of the claims released
17  and discharged by this Agreement.

18      6.    Each side is to bear its own attorneys' fees and costs.  It is also understood by and
19  among the parties that, pursuant to Title 28, United States Code, Section 2678, attorneys' fees for
20  services rendered in connection with This Action shall not exceed 25 percent of the Settlement
21  Amount.

22      7.    Payment of the Settlement Amount will be made by a check for One Thousand
23  Seventy Four Dollars and Eighty One Cents ($1.074.81) made payable to "Clerkin & Sinclair in
24  trust for State Farm Mutual Automobile Insurance Company."

25      8.    In consideration of the payment of the Settlement Amount and the other terms of
26  this Stipulation and Agreement, Plaintiff agrees that he will, no later than seven days after the
27  Court's approval of this Stipulation and Agreement, execute a Stipulation of Dismissal With
28  Prejudice, which stipulation shall dismiss with prejudice all claims asserted in This Action or any

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
No. CV 11-0385 LB                                    2

1  claims that could have been asserted in This Action. The fully executed Stipulation of Dismissal

2  With Prejudice will be held by counsel for Defendant and will be filed with the Court upon

3  receipt by Plaintiff's counsel of the Settlement Amount.

4     9.   Plaintiff and his attorney have been informed that payment may take up to sixty

5  (60) days from the Court's approval of this Agreement to process.

6     10.   The parties agree that, should any dispute arise with respect to the implementation

7  of the terms of this Agreement, Plaintiff shall not seek to rescind this Agreement and pursue its

8  original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the

9  Agreement in district court. The parties agree that the district court will retain jurisdiction over

10 this matter for the purposes of resolving any dispute alleging a breach of this Agreement.

11    11.   Plaintiff hereby releases and forever discharges the United States and any and all

12 of its past and present officials, employees, agencies, agents, attorneys, their successors and

13 assigns, from any and all obligations, damages, liabilities, actions, causes of action, claims and

14 demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in

15 equity, known or unknown, arising out of the allegations set forth in the pleadings in this action.

16    12.   The provisions of California Civil Code Section 1542 are set forth below:

17 "A general release does not extend to claims which the creditor does not know or
   suspect to exist in his favor at the time of executing the release, which if known
18 by him must have materially affected his settlement with the debtor."

19 Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by its

20 attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and

21 all rights it may have pursuant to the provision of that statute and any similar provision of federal

22 law. Plaintiff understands that, if the facts concerning Plaintiff's injuries and the liability of the

23 government for damages pertaining thereto are found hereinafter to be other than or different

24 from the facts now believed by them to be true, this Agreement shall be and remain effective

25 notwithstanding such material difference.

26    13.   This instrument shall constitute the entire Agreement between the parties, and it is

27 expressly understood and agreed that this Agreement has been freely and voluntarily entered into

28 by the parties with the advice of counsel, who have explained the legal effect of this Agreement.

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
No. CV 11-0385 LB                3

1    The parties further acknowledge that no warranties or representations have been

2    made on any subject other than as set forth in this Agreement.  This Agreement may not be

3    altered, modified or otherwise changed in any respect except by writing, duly executed by all of

4    the parties or their authorized representatives.

5    IT IS SO STIPULATED:

6                                         CLERKIN & SINCLAIR, LLP

7

8    DATED:   3 - 31 - 11              /s/  per email authorization

9                                         RICHARD L. MAHFOUZ II
                                         Attorney for Plaintiff

10

11

12   DATED:  3/15/2011

13                                         STATE FARM MUTUAL AUTOMOTBILE
                                         INSURANCE COMPANY

14

15                                         MELINDA HAAG
                                         United States Attorney

16

17                                              /s/
     DATED:
18                                         JOANN M. SWANSON
                                         Assistant United States Attorney
19                                         Attorneys for Defendant

20

21   PURSUANT TO STIPULATION, IT IS SO ORDERED:

22

23

24

25   DATED:  April 8, 2011

26                                         THE HONORABLE LAUREL BEELER
                                         United States Magistrate Judge
27                                         Judge Laurel Beeler

28

     STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
     No. CV 11-0385 LB                    4