UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant.<br>_____/ | No. C 11-00385 LB<br><br>**ORDER TO SHOW CAUSE** |

On April 11, 2011, the court entered the parties' stipulation of settlement. Stipulation, ECF No. 8.[1] In light of the settlement, the court vacated the May 12, 2011 case management conference. Clerk's Notice, ECF No. 9.

The court has heard nothing from the parties since then, despite Paragraph 8 of the stipulation contemplating the filing of a stipulation of dismissal within seven days of Plaintiff receiving the settlement amount. Stipulation, ECF No. 8 at 2-3. Thus, on or before November 18, 2011, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, Plaintiff shall appear in Courtroom 4, Third Floor, United States District Court, 1301 Clay Street, Oakland, CA 94612 on Thursday, December 1, 2011 at 11:00 a.m. and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-00385 LB

1 Cause hearing will be automatically vacated.

2 **IT IS SO ORDERED.**

3 Dated: November 1, 2011



_____
LAUREL BEELER
United States Magistrate Judge

C 11-00385 LB

2